Order Filed on September 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** Friedman Vartolo LLP 85 Broad Street- Suite 501 New York, New York 10004 bankruptcy@friedmanvartolo.com T: (212) 471-5100 F: (212) 471-5150 Attorneys for Secured Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust |
| In Re: Salvatore Romano Catherine Romano Debtor(s) |

Case No.: 16-24743-JNP

Chapter: 13

Hon. Judge:
Jerrold N. Poslusny Jr.

Hearing Date:
    September 28, 2021 at 11AM

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 28, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 144 Knights Bridge, Hamilton Township, NJ 08330

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 144 Knights Bridge, Hamilton Township, NJ 08330 ; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.